IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYRALL McGLOTTEN**<br>*Plaintiff,*<br><br>v.<br><br>**GOODWILL INDUSTRIES OF DELAWARE AND DELAWARE COUNTY, INC.**<br>*Defendant,* | **Case No. 2:23-cv-2926** |

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

**AND NOW**, this 12th day of December 2023, the Court, after reviewing briefing from both parties, **DENIES** Defendant's Motion to Dismiss and/or Transfer.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Judge**

O:\CIVIL 23\23-2926 McGlotten v. Goodwill Industries of Delaware and Delaware County\23cv2926 Order Denying MTD.docx